In re Estate of James Thomas Kelly, deceased.

The People of the State of Illinois, defendant in error, v. Nicholas Radis, plaintiff in error. Gen. No. 38,222.

Opinion filed April 22, 1936. Rehearing denied May 5, 1936.

Brodkin & Bieber and Ode L. Rankin, for plaintiff in error; Ode L. Rankin, of counsel. Levinson, Becker, Peebles & Swiren, appearing herein as *amicus curiae;* Don M. Peebles and H. M. Newburger, of counsel.

Mr. Justice Hebel delivered the opinion of the court.